NUMBER 13-11-00063-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 

CORPUS CHRISTI - EDINBURG

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE CYPRESS TEXAS LLOYDS

 

 



On Petition for Writ of Mandamus.

 

 



MEMORANDUM OPINION

 

Before Chief Justice Valdez and Justices Rodriguez
and Perkes

Per Curiam Memorandum Opinion[1]

 

Relator, Cypress Texas Lloyds, filed a petition for writ of mandamus on January 31, 2011, seeking to compel the
trial court to withdraw its order denying relator’s motion to abate the
underlying lawsuit.  On February 2, 2011, this Court requested that the real
parties in interest, Guadalupe Salazar and Claudia Salazar, file a response to
the petition for writ of mandamus.  The parties to this proceeding have now
filed a “Joint Motion to Dismiss Petition for Writ of Mandamus” on grounds that
this original proceeding has been rendered moot.  

The Court, having examined and
fully considered the joint motion to dismiss, is of the opinion that the parties
have shown themselves entitled to the relief sought.  Accordingly, the joint
motion to dismiss is GRANTED and this original proceeding is DISMISSED without
reference to the merits thereof.  

 

                                                                                                PER
CURIAM

 

 

Memorandum Opinion delivered and
filed

this 18th day of February, 2011.

                                                

 

                                                                                                

 









[1]
See Tex. R. App. P.
52.8(d) (“When denying relief, the court may hand down an opinion but is not
required to do so.”); Tex. R. App. P.
47.4 (distinguishing opinions and memorandum opinions).